IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE E. DECKER,
On Behalf of Herself
and All Others Similarly Situated,

    Plaintiff,

v.

ADVANCED CALL CENTER
TECHNOLOGIES, LLC, et al.

    Defendants.

Civil Action No. 1:14-cv-00795-GJQ
(Transferred from the Eastern District
of Michigan, 2:14-cv-12597-GAD-MJH)

### SYNCHRONY BANK'S MOTION TO COMPEL ARBITRATION AND TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, TO STAY THE MATTER AND DISMISS THE CLASS ALLEGATIONS

Defendant Synchrony Bank, formerly known as GE Capital Retail Bank ("Synchrony"), pursuant to Federal Rules of Civil Procedure 12(b)(1), Sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, and this Court's Local Civil Rule 7.2, respectfully moves the Court for entry of an order compelling Plaintiff Christine E. Decker ("Decker") to submit her claim to arbitration to be heard on an individual basis and dismissing the Complaint in this matter, or in the alternative, that the Court enter an order staying the matter and dismissing the class allegations. In support of this Motion, Synchrony relies on its contemporaneously-filed memorandum.

WHEREFORE, Synchrony Bank, formerly known as GE Capital Retail Bank, respectfully requests that this Court (a) grant this Motion, (b) compel Decker to submit her claims to arbitration to be heard on an individual basis and (c) dismiss the Complaint in this matter or stay the matter while dismissing the class allegations in light of Decker's contractual agreement to not participate in a class action.

1

2

                                                                                  Respectfully submitted,

Dated: August 15, 2014                        MCSHANE & BOWIE, P.L.C.

                                                                                  By:  /s/James R. Bruinsma  
                                                                                  James R. Bruinsma (P48531)  
                                                                                  Ruth A. Skidmore (P58913)  
                                                                                   McShane & Bowie, P.L.C.  
                                                                                   99 Monroe Avenue NW, Suite 1100  
                                                                                   Grand Rapids, MI 49503  
                                                                                   Tel: (616) 732-5000  
                                                                                  Fax: (616) 732-5099  
                                                                                  JRB@msblaw.com  
                                                                                  RAS@msblaw.com  
                                                                                 *Counsel for Synchrony Bank f/k/a GE Capital Retail Bank*